SHANTA PHILLIPS *v.* BIRCH REALTY, INC.
(AC 19030)

Lavery, C. J., and Schaller and Mihalakos, Js.

Argued May 30—officially released June 27, 2000

Per Curiam. The judgment is affirmed.

KENNETH T. HENTON *v.* COMMISSIONER OF
CORRECTION
(AC 19870)

Foti, Landau and Dupont, Js.

Argued June 1—officially released June 27, 2000

Per Curiam. The judgment is affirmed.

STATE OF CONNECTICUT *v.* OMAR J. MILLER
(AC 20162)

Foti, Mihalakos and Pellegrino, Js.

Submitted on briefs June 5—officially released June 27, 2000

Per Curiam. The judgment is affirmed.

BEVERLY HAYES GENGARELLY *v.* WALTER J.
GENGARELLY
(AC 19045)

Lavery, C. J., and Foti and Daly, Js.

Argued June 6—officially released June 27, 2000

Per Curiam. The judgment is affirmed.